# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IAN R. BLACK,
#89017,

    *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.,*

    *Respondents*.

2:10-cv-01805-JCM-VPC

ORDER

This habeas matter under 28 U.S.C. § 2254 comes before the court on petitioner's motion (#3) for enlargement of time to file his application to proceed *in forma pauperis* and his application (#4) to proceed *in forma pauperis*.

The extension request will be granted *nunc pro tunc*.

The pauper application is incomplete. Both an inmate account statement and a financial certificate that is properly executed by an authorized institutional officer are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Petitioner did not attach either.

Petitioner was provided the instructions for the pauper application form with the prior order. Petitioner further acknowledged in the extension motion that he needed to attach an executed financial certificate, yet he did not attach the required materials. If petitioner again fails to submit a properly completed pauper application with all required attachments in a timely response to this order, the court will dismiss the action without further advance notice.

IT THEREFORE IS ORDERED that petitioner's motion (#3) for enlargement of time to file his application to proceed *in forma pauperis* is GRANTED *nunc pro tunc.*

1     IT FURTHER IS ORDERED that petitioner's application (#4) to proceed *in forma pauperis* is DENIED without prejudice.

    IT FURTHER IS ORDERED that petitioner shall have thirty (30) days within which to either pay the $5.00 filing fee or file a new and properly completed application to proceed *in forma pauperis* together with a properly executed financial certificate and an inmate account statement. If petitioner fails to timely and fully comply with this order, the action will be dismissed without further advance notice.

    The clerk of court shall send petitioner two copies of an *in forma pauperis* application form for incarcerated persons along with one copy of the instructions for same.

DATED: March 10, 2011.

_____
JAMES C. MAHAN
United States District Judge